UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA MARIA ESTRADA QUEZADA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | ) No. 5:23-cv-00639-AJR<br>)<br>) **ORDER AWARDING EQUAL**<br>) **ACCESS TO JUSTICE ACT**<br>) **ATTORNEY FEES AND COSTS**<br>)<br>)<br>)<br>)<br>)<br>) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND SEVEN HUNDRED FORTY-FIVE DOLLARS and FORTY-FOUR CENTS ($2,745.44), and costs under 28 U.S.C. § 1920, in the

/ / /

/ / /

/ / /

1

1 | amount of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the
2 | above-referenced Stipulation.

Dated: 8/31/23

_____/s/ Joel Richlin_____
THE HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2